# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2259.   THOMAS JEFF BURTON, JR., et al. v. GLYNN COUNTY, GEORGIA, et al.**
**A14A2260. GLYNN COUNTY, GEORGIA, et al. v. THOMAS JEFF BURTON, JR., et al.**

The Glynn County Board of Commissioners sent Thomas Burton, Jr., et al., a cease and desist letter, advising that he was violating certain zoning ordinances by renting his beachfront house on a short-term basis.  Burton then filed a civil action against the County and its commissioners, seeking, inter alia, a declaratory judgment that he was not violating any zoning provisions.  As part of this action, he sought mandamus relief against various County officials.  After the court ruled in favor of the defendants, Burton filed a direct appeal and the defendants filed a cross-appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5).  Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court.  See *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Accordingly, these appeals are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 09/10/2014
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*